EDWARD J. REID v. BD. OF TRUSTEES OF THE POLICE & FIREMEN'S RETIREMENT SYSTEM.

February 27, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD JONES.

February 27, 1979. Petition for certification denied.

JOSEPH GOLAINE v. S. GERALD CARDINALE.

February 27, 1979. Petition for certification denied. (See 163 *N. J. Super.* 453)

STATE OF NEW JERSEY v. GERALD MC NEIL.

February 27, 1979. Petition for certification denied. (See 164 *N. J. Super.* 27)

STATE OF NEW JERSEY v. EDWARD H. GLAS, JR.

February 27, 1979. ORDERED that the judgment of the Appellate Division is modified to vacate that court's remand of this matter for resentencing. As modified, that judgment is affirmed. (See 78 *N. J.* 400)